GEORGE WALTON WILLIAMS v. CARL WAYNE BRAY.

(Filed 6 March, 1968.)

APPEAL by defendant from *Hasty, J.,* 24 April 1967 Non-Jury Civil Session of GUILFORD (Greensboro Division). This case was docketed and argued at Fall Term 1967 as No. 689.

Civil action to recover damages for personal injuries and property damage allegedly resulting from automobile collision occurring on 20 October 1963.

The issues raised and the principles of law applicable thereto in the case of *Marie Moose Williams v. Carl Wayne Bray,* decided this day, are identical with the issues raised and the principles of law applicable and decisive of the case of *George Walton Williams v. Carl Wayne Bray.*

*Max D. Ballinger for plaintiff.*

*Jordan, Wright, Henson & Nichols and William L. Stocks for defendant.*

PER CURIAM. Upon authority of *Marie Moose Williams v. Carl Wayne Bray,* decided this day, and the cases therein cited, we hold that the trial court correctly disallowed defendant's motions to vacate and set aside the original summons.

Affirmed.

HUSKINS, J., took no part in the consideration or decision of this case.